# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Eddie Dewayne Carringer, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 2:14cv15 |
| | ) | 2:00cr18 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2014 Memorandum of Decision and Order.

June 11, 2014

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court